IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES JOHN KAMISKY,

      Appellant,

v.

Case No.  5D21-2934
LT Case No. 2016-CF-013148-D-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon , Judge.

Matthew J. Metz, Public Defender, and
Glendon G. Gordon, Jr., Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

     AFFIRMED.


COHEN, SASSO and WOZNIAK, JJ., concur.